

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-20-00586-CV

Ryan **JONES** and Lake Flato Architects, Inc.,
Appellants

v.

Selina **MALONEY**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17778
Honorable Richard Price, Judge Presiding

# O R D E R

Appellee's brief was due by February 16, 2021, and has not been filed. On February 24, 2021, appellee filed an Agreed Advisory to Court Regarding Settlement stating the parties are in the process of settling and will be requesting this court to dismiss the appeal. The parties further request this court to suspend any pending deadlines while they finalize their settlement.

After consideration, we **DENY** appellee's request to suspend the deadlines. However, in order to facilitate the settlement and disposition of this appeal, we **GRANT** appellee an extension of time to file her brief. We **ORDER** the parties to file **by March 15, 2021**, a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1. If such motion is not filed, appellee's brief will be due by March 29, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court